## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. PX26CR138 |
| v. | * | |
| | * | |
| DAVID M. MORENS, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Joseph R. Baldwin, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Indictment and arrest warrant in the above-captioned matter. Disclosure of the Indictment would enable the defendant to evade their appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order, the Indictment, and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Digitally signed by
JOSEPH BALDWIN
Date: 2026.04.08
16:36:21 -04'00'

Joseph R. Baldwin
Assistant United States Attorney

**ORDERED** as prayed, this 16ᵗʰ day of April 2026.

_____
Honorable Timothy J. Sullivan
Chief United States Magistrate Judge