## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | |
| DAVID M. MORENS, | * | CASE NO. PX-26-138 |
| | * | |
| Defendant. | * | |
| | * | |

**\*\*\*\*\*\*\***

## MOTION TO UNSEAL

The United States of America by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Bijon A. Mostoufi, Assistant United States Attorney for said District, hereby move this Court to unseal the above-captioned matter.  The Defendant has been arrested, obviating the need for the matter to remain sealed.

WHEREFORE, it is respectfully requested that the Government's Motion to Unseal be granted.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by BIJON
MOSTOUFI
Date: 2026.04.26
06:33:05 -04'00'

Bijon A. Mostoufi
Assistant United States Attorney

It is so ORDERED, this __27th__ day of April 2026.

Honorable Timothy J. Sullivan
Chief United States Magistrate Judge