**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PX-26-138** |
| | * | |
| **DAVID M. MORENS** | * | |
| | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\***

**<u>MOTION TO FILE MOTION FOR BOND HEARING UNDER SEAL</u>**

The United States of America, by and through undersigned counsel, hereby files this motion for Bond Hearing under seal. In support of this motion, the government states as follows:

1. The government's Motion for Bond Hearing contains information from the defendant's Pretrial Services Report. By statute, "information obtained in the course of performing pretrial services functions in relation to a particular accused shall be used only for the purposes of a bail determination and shall otherwise be confidential." 18 U.S.C. § 3153(c)(1). Therefore, good cause exists for sealing.

2. Counsel intends to serve the attorney that enters appearance on behalf of the defendant with copies of the motion for Bond Hearing in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4). Further, because the defendant has no counsel of record, the government will mail a copy of the Motion to the defendant.

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File the Motion for Bond Hearing Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/

Joseph R. Baldwin
Bijon A. Mostoufi
Assistant United States Attorneys