**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **United States of America,** <br><br> **v.** <br><br> **David M. Morens,** <br><br>     *Defendant.* | **Case No. 8:26-CR-138** |

**NOTICE OF APPEARANCE**

Attorney Morgan L. Taylor of the law firm Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, Maryland 21202, hereby enters an appearance of counsel for David M. Morens in the above-referenced action. I certify that I am admitted to practice in this Court.

**Dated:** May 6, 2026

Respectfully submitted,

 /s/  *Morgan  L.  Taylor*
**Morgan L. Taylor**
  Bar No. 31372
  Morgan.Taylor@IceMiller.com
**ICE MILLER LLP**
100 Light Street, Suite 2700
Baltimore, MD 21202
Phone: (410) 951-5886

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends electronic notification to all counsel of record and other CM/ECF participants.

*/s/  Morgan  L.  Taylor*
Morgan L. Taylor