## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**United States of America,**                         *

                                                      *

**v.**                                                **Case No.** _____

                                                      *

_____                            *

    **Defendant.**                 *

### MOTION FOR ADMISSION PRO HAC VICE

    I, _____, am a member in good standing of the bar of this

Court.  I am moving the admission of _____

to appear pro hac vice in this case as counsel for _____.

    We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following
    State Courts and/or United States Courts:

      State Court & Date of Admission           U.S. Court & Date of Admission

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| | |
| | |
| | |
| | |

2.  The proposed admittee has never been disbarred, suspended, or denied admission to
    practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been
    disbarred, suspended, or denied admission to practice law in any jurisdiction, then
    he/she must submit a statement fully explaining all relevant facts.)

3.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
    Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the
    Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
    understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4.  The proposed admittee understands admission pro hac vice is for this case only and
    does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or _____,
   is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

8. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

*Morgan Taylor*
Signature            Md. Fed Bar No. 31372

_____
Printed name and bar number

_____
Office name

_____
Address

_____
Email Address

_____
Telephone number

_____
Fax Number

PROPOSED ADMITTEE

*Timothy Belevetz*
Signature

_____
Printed name and bar number

_____
Office name

_____
Address

_____
Email Address

_____
Telephone number

_____
Fax Number