**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA,  )
                     )      Case No. 8:26-cr-138
      v.             )
                     )
DAVID M. MORENS,       )
                     )
      Defendant.    )

**MOTION TO FILE RESPONSE TO
GOVERNMENT'S MOTION FOR BOND HEARING UNDER SEAL**

Defendant David M. Morens, by and through undersigned counsel, hereby files this Motion to File the Response to Government's Motion for Bond Hearing Under Seal.  In support of this Motion, defendant states as follows:

1.      The government's Motion for Bond Hearing contains information from defendant's Pretrial Services Report.  The Court granted the government's motion to seal that filing on the grounds that, by statute, "information obtained in the course of performing pretrial services functions in relation to a particular accused shall be used only for the purposes of a bail determination and shall otherwise be confidential."  18 U.S.C. § 3153(c)(1).

2.      Similarly, defendant's Response to the Government's Motion for Bond Hearing contains information from defendant's Pretrial Services Report.  The same § 3153(c)(1) considerations apply.  Therefore, good cause exists for sealing.

WHEREFORE, defendant respectfully requests that the Court grant Defendant's Motion to File the Response to Government's Motion for Bond Hearing Under Seal.

Respectfully submitted,

By:        /s/
Timothy D. Belevetz
*Admitted pro hac vice*

Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com

Morgan L. Taylor
Ice Miller LLP
100 Light Street, Suite 2700
Baltimore, MD  21202
Tel:  (410) 951-5886
morgan.taylor@icemiller.com

*Counsel for Defendant David M. Morens*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 18th day of May 2026, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to counsel for all parties in this matter.


_____/s/_____

Timothy D. Belevetz
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com