**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:26-cr-138 |
| v. | ) | |
| | ) | |
| DAVID M. MORENS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE</u>**

Defendant David M. Morens, by and through undersigned counsel, hereby files this Motion to Modify Conditions of Pretrial Release to permit Dr. Morens to travel to Hawaii for a family reunion and visit with family friends.  In support of this Motion, defendant states as follows:

1.      On April 27, 2026, defendant made an initial appearance before this Court in connection with a five-count indictment charging him with violations of the Federal Records Act, obstruction, and conspiracy.  During that hearing, the Court released defendant on his own recognizance and entered an Order Setting Conditions of Release that includes a requirement that he surrender his passport to the Clerk's Office and seek Court permission to travel outside the continental United States.  (ECF No. 9).

2.      Defendant promptly surrendered his passport to the Clerk's Office and has complied fully with all other terms and conditions of pretrial release.

3.      Defendant, who is originally from Hawaii, would like to travel to that state to attend a family reunion and visit friends.  His anticipated schedule would entail staying in Hawaii from approximately June 19 to July 1, 2026.

4.      The undersigned has consulted with the Department of Justice and the Pretrial Services section of the Probation Office.  The government does not object to defendant's request, and Pretrial Services takes no position on it.

5.      Should the Court grant this motion, defendant will book his travel and, through the undersigned, provide both the government and Pretrial Services with a copy of his itinerary.

WHEREFORE, defendant respectfully requests that the Court grant Defendant's Motion to Modify Conditions of Pretrial Release to permit travel to Hawaii.

Respectfully submitted,


By:      _____/s/_____

Timothy D. Belevetz
*Admitted pro hac vice*

Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com

Morgan L. Taylor
Ice Miller LLP
100 Light Street, Suite 2700
Baltimore, MD  21202
Tel:  (410) 951-5886
morgan.taylor@icemiller.com

*Counsel for Defendant David M. Morens*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of May 2026, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to counsel for all parties in this matter.


_____/s/_____

Timothy D. Belevetz
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com