**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:26-cr-138 |
| v. | ) | |
| | ) | |
| DAVID M. MORENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having read and considered Defendant's Motion to Modify Conditions of Pretrial

Release, and for good cause shown, it is this 26th day of  May       2026,

**ORDERED**, that the Motion is **GRANTED**.

_____
Honorable Timothy J. Sullivan
Chief United States Magistrate Judge