**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **United States of America,**<br><br>v.<br><br>**David M. Morens**,<br><br>*Defendant*. | **Criminal Case No.** 8:26-cr-00138-PX |

## MOTION FOR WITHDRAWAL OF COUNSEL

Now comes Morgan Taylor of Ice Miller LLP and, pursuant to Local Rule 101, respectfully moves this Court for leave to withdraw as counsel of record for David M. Morens.

Tim Belevetz and Erica Johnson of Ice Miller LLP will remain counsel of record for Mr. Morens.

**Dated:** September 7, 2026

Respectfully submitted,

*/s/ Morgan Taylor*

**ICE MILLER LLP**

Morgan Taylor
100 Light Street, Suite 2700
Baltimore, MD 21202
410-951-5876
morgan.taylor@icemiller.com

-and-

Tim Belevetz *(admitted pro hac vice)*
Erica Johnson *(admitted pro hac vice)*
200 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 572-1605

*Counsel for Defendant David M. Morens*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 7, 2026, a copy of the foregoing *Motion for Withdrawal of Counsel* was electronically filed. Notice of this filing will be sent out to all parties by operation of the Court's electronic filing system.

*/s/ Morgan Taylor*
Morgan Taylor