**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**United States of America,**

v.

**David M. Morens**,

*Defendant*.

**Criminal Case No.** 8:26-cr-00138-PX

**[PROPOSED]**

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

Upon consideration of Morgan Taylor of Ice Miller LLP's *Motion For Withdrawal of Counsel* pursuant to Local Rule 101, on this ________ day of _____________, 2026, it is hereby **ORDERED** that the motion is **GRANTED**, and Morgan Taylor is hereby withdrawn as counsel of record for Defendant David M. Morens.

**IT IS FURTHER ORDERED** that Tim Belevetz and Erica Johnson of Ice Miller LLP will remain counsel of record for Defendant David M. Morens.

_____________________________________
Honorable Judge Paula Xinis
United States District Court Judge for the District of Maryland