**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America,<br><br>v.<br><br>David M. Morens,<br><br>*Defendant.* | CASE NO: 8:26-CR-138 |

**NOTICE OF APPEARANCE**

Attorney Charles C. Mills of the law firm Ice Miller, LLP, 100 Light Street, Suite 2700, Baltimore, Maryland 21202, hereby enters an appearance of counsel for David M. Morens in the above-referenced action. I certify that I am admitted to practice in this Court.

Date: November 10, 2026

Respectfully submitted,

*/s/ Charles Mills*

Charles Mills
Attorney ID: 32666
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202
Telephone: (410) 951-5886
Charles.Mills@IceMiller.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of November 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends electronic notification to all counsel of record and other CM/ECF participants.

*/s/ Charles Mills*
Charles Mills